UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLT THURBER, | |
| Plaintiff, | Civil Action No. 17-4914 (MAS) (DEA) |
| v. | **ORDER** |
| SPINNAKER RESORTS, INC., | |
| Defendant. | |

This matter comes before the Court on Defendant Spinnaker Resorts, Inc.'s ("Defendant") Motion to Dismiss (ECF No. 6). Plaintiff Colt Thurber ("Plaintiff") filed opposition (ECF No. 9) and Defendant replied (ECF No. 10). The Court has carefully considered the parties' submissions and heard oral argument on January 24, 2018. For the reasons set forth on the record, and for other good cause shown,

**IT IS** on this 25th day of January 2018, **ORDERED** that:

1. Defendant's Motion to Dismiss (ECF No. 6) is GRANTED. Plaintiff's Complaint is dismissed without prejudice.
2. Plaintiff may file an Amended Complaint by **February 26, 2018**.
3. The Clerk's Office shall close this case. The Clerk's Office shall reopen the case upon the filing of an Amended Complaint.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE